UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTOPHER SANCHEZ, | ) | CASE NO. C05-0962-RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING § 2254 PETITION |
| | ) | AND DISMISSING ACTION WITH |
| SANDRA CARTER, | ) | PREJUDICE |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed the petition for writ of habeas corpus, the Supplemental Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Supplemental Report and Recommendation.

(2) Petitioner's federal habeas petition is DENIED with respect to his first and fourth grounds for relief, and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _14th_ day of July, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE